UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:17 CV 745 CDP |
| RENA'S ENTERPRISE, LLC, d/b/a Rena's Final Cleaning Co., | ) ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

Plaintiffs filed this action to recover, *inter alia*, delinquent contributions and liquidated damages allegedly owed by defendant Rena's Enterprise, LLC, d/b/a Rena's Final Cleaning Co., to the plaintiff employee benefit funds pursuant to 29 U.S.C. §§ 185 and 1132. Plaintiffs also seek to recover attorneys' fees, accounting fees, and costs incurred in this action. Plaintiffs served the complaint and summons on defendant on March 4, 2017. Defendant has not filed an answer or any other responsive pleading.

Plaintiffs have established that defendant is party to successor collective bargaining agreements with Laborers Local Unions 42-53-110. These agreements require defendant to submit contributions to the Laborers Funds, and authorize plaintiffs to examine the financial records of defendant to ascertain whether the

required contributions were made.  The agreements provide for liquidated damages on contributions not paid timely.

Based on a payroll examination covering the period of October 5, 2011 through September 30, 2012, defendant owes plaintiffs $3,777.58 in unpaid contributions, $816.96 in liquidated damages, and $129.43 in interest through August 31, 2014.  Defendant also owes an additional $879.37 in liquidated damages for untimely contributions for the months of January and February 2013; February, March, April, May, June, July, August, November, and December 2014; and February 2015.  Defendant has not submitted its reports or contributions for the months of October 2015 to the present.  Additionally, the collective bargaining agreements and ERISA, 29 U.S.C. § 1132(g)(2), require defendant to pay plaintiffs' attorneys' fees, accounting fees, and costs.  Plaintiffs incurred $1,160.00 in payroll examination fees, $1,144.50 in attorneys' fees, and $557.33 in costs.  Based on the evidence presented, the Court finds that the services performed by plaintiffs' accountants and attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

The total amount owed by defendant to plaintiffs during this time period is $8,465.17.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND**

**DECREED** that judgment is entered by default in favor of plaintiffs against defendant Rena's Enterprise, LLC, d/b/a Rena's Final Cleaning Co., and plaintiffs shall recover from defendant the total of $8,465.17.

**WHEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that defendant shall submit to plaintiffs its reports and any contributions owed for the period of October 2015 to the date of this Judgment.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2017.